**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Eric A. Newman |
| Debtor 2 (Spouse, if filing) | Deborah A. Newman |
| United States Bankruptcy Court for the: | District of **Maryland** (State) |
| Case number | 14-22725 |

# Form 4100R
## Response to Notice of Final Cure Payment                                             10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 0 9

**Court claim no.** (if known): 3-1

**Property address:**
3419 Fairview Rd.
Number        Street

Gwynn Oak, MD   21207
City              State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____  MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 7/1/19-1/20/20 payments due @ $1879.25       (a) $ 13154.75

b. Total fees, charges, expenses, escrow, and costs outstanding:  Escrow Deficiency    + (b) $ 2117.72

c. **Total.** Add lines a and b.                                                           (c) $ 15272.47

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07 / 01 / 2019
MM / DD / YYYY

Debtor 1   **Eric A. Newman**
           First Name   Middle Name   Last Name

Case number (*if known*) __14-22725__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Christopher T. Peck
   Signature

Date  01 / 08 / 2020

Print   **Christopher T. Peck**
        First Name   Middle Name   Last Name

Title  _____

Company   McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   3550 Engineering Dr., Suite 260
          Number        Street

          Peachtree Corners, GA  30092
          City                State    ZIP Code

Contact phone  ( 404 ) 474 – 7149

Email  cpeck@mtglaw.com

Form 4100R                Response to Notice of Final Cure Payment                page **2**



### Payment Change Notices

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 9/1/2014 | | | $1,251.99 | w/POC |
| 1/1/2017 | $931.23 | $330.05 | $1,261.28 | |
| 6/1/2019 | | | $1,879.25 | |
| | | | $0.00 | |

### Loan Information

| | |
|---|---|
| Loan # | |
| Borrower | Newman, Eric & Deborah |
| BK Case # | 14-22725 |
| Date Filed | 08/13/14 |
| POC Filed | 11/26/14 |
| POC Amount | $13,661.09 |
| 1st Post Due Date | 09/01/14 |
| Agreed Order Date | 09/11/15 |
| Agreed Order Amount | $5,885.96 |

| Date | Amount Rcvd | Post-Petition Due Date | Amt Due | Over/Short | POC Arrears Balance | Payment Date | Payment Amount | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $13,661.09 | | | $6,222.68 | |
| 01/19/17 | $1,588.48 | 01/01/17 | $1,261.28 | $327.20 | $13,661.09 | 01/19/17 | $299.84 | $6,522.52 | |
| 02/21/17 | $1,270.49 | 02/01/17 | $1,261.28 | $336.41 | $13,361.25 | 02/23/17 | $299.84 | $6,822.36 | |
| 03/27/17 | $1,270.49 | 03/01/17 | $1,261.28 | $345.62 | $13,061.41 | 04/18/17 | $149.92 | $6,972.28 | |
| 4/27/2017 | $1,270.49 | 04/01/17 | $1,261.28 | $354.83 | $12,911.49 | 05/12/17 | $599.68 | $7,571.96 | |
| 06/04/17 | $1,270.49 | 05/01/17 | $1,261.28 | $364.04 | $12,311.81 | 07/13/17 | $299.84 | $7,871.80 | |
| 07/11/17 | $2,475.30 | 06/01/17 | $1,261.28 | $1,578.06 | $12,011.97 | 06/30/17 | $299.84 | $8,171.64 | |
| 09/11/17 | $1,270.49 | 07/01/17 | $1,261.28 | $1,587.27 | $11,712.13 | 07/31/17 | $299.84 | $8,471.48 | |
| 09/27/17 | $1,270.49 | 08/01/17 | $1,261.28 | $1,596.48 | $11,412.29 | 08/31/17 | $461.07 | $8,932.55 | |
| 10/25/17 | $1,270.49 | 09/01/17 | $1,261.28 | $1,605.69 | $10,951.22 | 09/29/17 | $307.38 | $9,239.93 | |
| 11/15/17 | $1,270.49 | 10/01/17 | $1,261.28 | $1,614.90 | $10,643.84 | 10/31/17 | $299.84 | $9,539.77 | |
| 12/18/2017 | $1,270.94 | 11/01/17 | $1,261.28 | $1,624.56 | $10,344.00 | 12/19/17 | $299.84 | $9,839.61 | |
| 01/04/18 | $1,270.94 | 12/01/17 | $1,261.28 | $1,634.22 | $10,044.16 | 01/16/18 | $299.84 | $10,139.45 | |
| 02/16/18 | $1,270.94 | 01/01/18 | $1,261.28 | $1,643.88 | $9,744.32 | 02/08/18 | $299.84 | $10,439.29 | |
| 05/14/18 | $2,541.88 | 02/01/18 | $1,261.28 | $2,924.48 | $9,444.48 | | | $10,439.29 | |
| 06/28/18 | $1,270.94 | 3/1/2018 | $1,261.28 | $2,934.14 | $9,444.48 | | $299.84 | $10,439.29 | |
| 07/02/18 | $1,270.94 | 4/1/2018 | $1,261.28 | $2,943.80 | $9,144.64 | | | $10,739.13 | |
| 08/29/18 | $1,270.94 | 5/1/2018 | $1,261.28 | $2,953.46 | $9,144.64 | | | $10,739.13 | |
| 10/01/18 | $1,270.94 | 6/1/2018 | $1,261.28 | $2,963.12 | $9,144.64 | | | $10,739.13 | |
| 11/23/18 | $1,270.94 | 7/1/2018 | $1,261.28 | $2,972.78 | $9,144.64 | | | $10,739.13 | |
| 12/13/18 | $1,270.94 | 8/1/2018 | $1,261.28 | $2,982.44 | $9,144.64 | | | $10,739.13 | |
| 01/16/19 | $1,270.94 | 9/1/2018 | $1,261.28 | $2,992.10 | $9,144.64 | | | $10,739.13 | |
| 03/13/19 | $1,270.94 | 10/1/2018 | $1,261.28 | $3,001.76 | $9,144.64 | | | $10,739.13 | |
| 04/26/19 | $1,270.94 | 11/1/2018 | $1,261.28 | $3,011.42 | $9,144.64 | | | $10,739.13 | |
| 06/04/19 | $1,270.94 | 12/1/2018 | $1,261.28 | $3,021.08 | | | | | |
| 07/17/19 | $1,742.58 | 1/1/2019 | $1,261.28 | $3,502.38 | | | | | |
| 08/14/19 | $1,742.58 | 2/1/2019 | $1,261.28 | $3,983.68 | | | | | |
| | | 3/1/2019 | $1,261.28 | $2,722.40 | | | | | |
| | | 4/1/2019 | $1,261.28 | $1,461.12 | | | | | |
| | | 5/1/2019 | $1,261.28 | $199.84 | | | | | |
| 11/06/19 | $1,742.58 | 6/1/2019 | $1,879.25 | $63.17 | | | | | |
| | | 7/1/2019 | $1,879.25 | -$1,816.08 | | | | | |
| | | 8/1/2019 | $1,879.25 | -$3,695.33 | | | | | |
| | | 9/1/2019 | $1,879.25 | -$5,574.58 | | | | | |
| | | 10/1/2019 | $1,879.25 | -$7,453.83 | | | | | |
| | | 11/1/2019 | $1,879.25 | -$9,333.08 | | | | | |
| | | 12/1/2019 | $1,879.25 | -$11,212.33 | | | | | |
| | | 1/1/2020 | $1,879.25 | -$13,091.58 | | | | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Via First Class Mail, Postage Prepaid:

Eric A. Newman
3419 Fairview Road
Gwynn Oak, MD 21207

Deborah A. Newman
3419 Fairview Road
Gwynn Oak, MD 21207

Via CM/ECF:

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
*Trustee*

   **This 8th Day of January, 2020.**

              /s/ Christopher T. Peck
              Christopher t. Peck
              MD Bar No.: 1012160024
              McMichael Taylor Gray, LLC
              3550 Engineering Drive
              Suite 260
              Peachtree Corners, GA 30092
              404-474-7149
              cpeck@mtglaw.com